

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) FNU/LNU #1, a/k/a "MANUEL VILLALOBOS,"<br><br>(3) WILLI ALEXIS PEREZ BAEZ, a/k/a "RICHIE,"<br><br>(5) YONATHAN LEANDRO VILLAR-GUERRERO, a/k/a "JONATHAN WALKER,"<br><br>Defendants | Criminal No. 19cr10439<br><br>Violations:<br><br>Count One: Conspiracy to Distribute and to Possess with Intent to Distribute 400 Grams or More of Fentanyl<br>(21 U.S.C. § 846)<br><br>Counts Two through Five: Distribution of and Possession with Intent to Distribute 40 Grams or More of Fentanyl<br>(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi))<br><br>Counts Six and Eight: Possession with Intent to Distribute 400 Grams or More of Fentanyl<br>(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi))<br><br>Count Seven: Possession with Intent to Distribute 40 Grams or More of Fentanyl<br>(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi))<br><br>Forfeiture Allegation:<br>(21 U.S.C. § 853) |

INDICTMENT

COUNT ONE
Conspiracy to Distribute and to Possess with Intent to Distribute
400 Grams or More of Fentanyl
(21 U.S.C. § 846)

The Grand Jury charges:

From in or about March 2018 through November 13, 2019, in Boston and Canton, in the District of Massachusetts, and elsewhere, the defendants,

(1) FNU/LNU #1, a/k/a "MANUEL VILLALOBOS,"

1

  (3) WILLI ALEXIS PEREZ BAEZ, a/k/a "RICHIE,"

  ████████████████████████████████████████

  (5) YONATHAN LEANDRO VILLAR-GUERRERO, a/k/a "JONATHAN WALKER,"

conspired with each other and with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count One involved 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(vi) is applicable to this Count.

It is further alleged that, with respect to Count One, 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, were reasonably foreseeable by, and are attributable to ████████████████████████████████ ████████████████████████████ and (5) YONATHAN LEANDRO VILLAR-GUERRERO, a/k/a "JONATHAN WALKER." Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(vi) is applicable to defendant ████████████████████ ████████████████████████████████████ and (5) YONATHAN LEANDRO VILLAR-GUERRERO, a/k/a "JONATHAN WALKER."

It is further alleged that, with respect to Count One, 40 grams or more of a mixture and

substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, were reasonably foreseeable by, and are attributable to (1) FNU/LNU #1, a/k/a "MANUEL VILLALOBOS;" ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and (3) WILLI ALEXIS PEREZ BAEZ, a/k/a "RICHIE." Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(vi) is applicable to defendants (1) FNU/LNU #1, a/k/a "MANUEL VILLALOBOS;" ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and (3) WILLI ALEXIS PEREZ BAEZ, a/k/a "RICHIE."

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO
Distribution of and Possession with Intent to Distribute
40 Grams or More of Fentanyl
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi))

The Grand Jury further charges:

On or about March 19, 2018, in Boston, in the District of Massachusetts, the defendant,

(1) FNU/LNU #1, a/k/a "MANUEL VILLALOBOS,"

did knowingly and intentionally distribute and possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

# COUNT THREE
### Distribution of and Possession with Intent to Distribute
### 40 Grams or More of Fentanyl
### (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi))

The Grand Jury further charges:

On or about April 11, 2018, in Boston, in the District of Massachusetts, the defendant,

████████████████████████████████████████

did knowingly and intentionally distribute and possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

## COUNT FOUR
### Distribution of and Possession with Intent to Distribute 40 Grams or More of Fentanyl
### (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi))

The Grand Jury further charges:

On or about April 24, 2018, in Boston, in the District of Massachusetts, the defendant,

████████████████████████████████████████

did knowingly and intentionally distribute and possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

## COUNT FIVE
Distribution of and Possession with Intent to Distribute
40 Grams or More of Fentanyl
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi))

The Grand Jury further charges:

On or about June 7, 2018, in Boston, in the District of Massachusetts, the defendant,

      (3)     WILLI ALEXIS PEREZ BAEZ, a/k/a "RICHIE,"

did knowingly and intentionally distribute and possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

## COUNT SIX
## Possession with Intent to Distribute
## 400 Grams or More of Fentanyl
## (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi))

The Grand Jury further charges:

On or about March 19, 2019, in Boston, in the District of Massachusetts, and elsewhere, the defendant,

did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(vi).

8

## COUNT SEVEN
Possession with Intent to Distribute
40 Grams or More of Fentanyl
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi))

The Grand Jury further charges:

On or about May 31, 2019, in Boston, in the District of Massachusetts, the defendant,

████████████████████████████████████

did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

## COUNT EIGHT
Possession with Intent to Distribute
400 Grams or More of Fentanyl
(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi))

The Grand Jury further charges:

On or about August 22, 2019, in Canton, in the District of Massachusetts, and elsewhere, the defendant,

(5) YONATHAN LEANDRO VILLAR-GUERRERO, a/k/a "JONATHAN WALKER,"

did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(vi).

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The Grand Jury further finds:

1. Upon conviction of one or more of the offenses in violation of Title 21, United States Code, Sections 841 and 846, set forth in Counts One through Eight of this Indictment, the defendants,

>  (1) FNU/LNU #1, a/k/a "MANUEL VILLALOBOS,
>
>  (3) WILLI ALEXIS PEREZ BAEZ, a/k/a "RICHIE,"
>
>  (5) YONATHAN LEANDRO VILLAR-GUERRERO, a/k/a "JONATHAN WALKER,"

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses. The property to be forfeited includes, but is not limited to, the following assets:

>  a. A money judgment in the amount of $1 million;

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant --

11

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

THEODORE B. HEINRICH
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: November 13, 2019
Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK

@ 3:40 PM